IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

RE:

GEORGIA THOMAS,     CASE NO.: 16-32655 DHW-13

Debtor.

## MOTION FOR RELIEF FROM AUTOMATIC STAY and RELIEF FROM THE NON-FILING CO-DEBTOR STAY

**CAPITAL ONE AUTO FINANCE, a division of Capital One N.A.** (hereinafter "Movant") respectfully shows and represents unto this Court as follows:

1. The Debtor, **Georgia Thomas** (hereinafter "Debtor") and **Willie Thomas**, the non-filing co-debtor (hereinafter "Co-Debtor"), entered into a Retail Installment Sale Contract (hereinafter "Contract") with J.J.S. Ent. Inc d/b/a Budge Car (hereinafter "Dealership") granting a security interest in the following personal property:

**2012 Nissan Altima Serial Number: 1N4AL2AP4CN532920**

Contemporaneously with its execution, the contract was assigned to Movant, a copy of said Contract is annexed hereto and made part hereof by reference.

2. The security interest of the Movant in the above described personal property was perfected by the issuance of the Certificate of Title.

3. Debtor and Co-Debtor are in default in payments under the terms of the aforementioned Contract post petition in the sum of $1,733.44 and are currently due for the July 27th, 2016 post-petition payment through the October 27th, 2016 post-petition contract payment.

4. Sabrina L. McKinney was appointed as Acting Trustee of the estate of said debtor, has qualified and is now acting as such Trustee.

5. The Movant expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtor and/or Co-Debtor and is therefore immediately effective to terminate the automatic stay and shall not be subject to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant, **CAPITAL ONE AUTO FINANCE, a division of Capital**

One N.A., respectfully moves the Court to enter an Order against the Debtor(s) and Trustee terminating the automatic stay imposed by 11 U.S.C. 362 and Section 1301, and terminating or modifying the Co-Debtor Stay to grant Movant leave to pursue all of its state law and contractual remedies against the Co-Debtor, and allowing Movant to file a proof of claim for the Deficiency Balance, if any, ordering the Debtor(s) to make said collateral available for the Creditor's possession and allowing Creditor to contact the debtor(s) for the sole purpose of making arrangements for the return of the collateral.

**William C. Poole, LLC**
**Attorney For**
**Capital One Auto Finance, a**
**division of Capital One N.A.**

 /s/ William C. Poole
William C. Poole POOLW4929
917 Western America Circle
Suite 200
Mobile, Alabama 36609
(251) 344-5015  (251) 344-5125 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 2nd day of November, 2016, a copy of the foregoing document was served on the following:

Georgia Thomas and
Willie Thomas
411 W. Patton Ave.
Montgomery, AL 36105

Richard D. Shinbaum
Shinbaum & Campbell
Post Office Box 201
Montgomery, AL 36101

Sabrina L. McKinney
Acting Trustee
Post Office Box 173
Montgomery, AL 36101

by ECF Filing or by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

/S/ William C. Poole
William C. Poole, Esq.  /dsp

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number __4138__    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| GEORGIA THOMAS<br>411 W. PATTON AVE.<br>MONTGOMERY, AL 36105-<br>MONTGOMERY | WILLIE THOMAS<br>411 W. PATTON AVE.<br>MONTGOMERY AL 36105-<br>MONTGOMERY | J.J.S.ENT. INC. D/B/A/ BUDGET CAR<br>61 MENDEL PARKWAY<br>MONTGOMERY AL 36117- |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2012 | Nissan Altima | 1N4AL2AP4CN532920 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $2000.00 |
|---|---|---|---|---|
| 23.65 % | $14715.44 | $16486.48 | $31201.92 | $33201.92 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 433.36 | Monthly beginning 08/27/2014 |

Or As Follows: _____

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __18.00__ or __5__ % of the part of the payment that is late, whichever is greater, not to exceed $100.00.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ __491.48__ sales tax) ................... $ 15820.48 (1)
2. Total Downpayment = __2000__ Pontiac Grand Prix
   Trade-in (Year) (Make) (Model)
   Gross Trade-In Allowance .............. $ 2000.00
   Less Pay Off Made By Seller ........... $ N/A
   Equals Net Trade In ................... $ 2000.00
   + Cash ................................ $ N/A
   + Other ............................... $ N/A
   (If total downpayment is negative, enter "0" and see 4H below) $ 2000.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ................... $ 13820.48 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life $ N/A
      Disability $ N/A ........................ $ N/A
   B. Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A
   C. Optional Gap Contract ............................. $ N/A
   D. Official Fees Paid to Government Agencies ........ $ N/A
   E. Government Taxes Not Included in Cash Price ...... $ N/A
   F. Government License and/or Registration Fees ...... $ N/A
   G. Government Certificate of Title Fees ............. $ 16.50
   H. Other Charges (Seller must identify who is paid and describe purpose)
      to W.S. & J.J.S for Prior Credit or Lease Balance .... $ N/A
      to _____ for SERVICE AGREEMENT ..................... $ 2250.00
      to J.J.S.ENT. for _____ ............................ $ N/A
      to _____ for DOC FEE ............................... $ 399.50
      to _____ for _____ ............................... $ N/A
      (remaining lines N/A)
   Total Other Charges and Amounts Paid to Others on Your Behalf ...... $ 2666.00 (4)
5. Amount Financed (3 + 4) ............................. $ 16486.48 (5)

### Insurance
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may provide the required insurance through an existing policy. You may also buy it through someone independent of us. You are not required to buy any other insurance to obtain credit.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
Credit Life $ __N/A__
Credit Disability $ __N/A__
Insurance Company Name _____
Home Office Address _____

**Other Optional Insurance**
☐ _____ N/A _____ N/A
Type of Insurance      Term
Premium $ __N/A__
Insurance Company Name _____
Home Office Address _____

☐ _____ N/A _____ N/A
Type of Insurance      Term
Premium $ __N/A__
Insurance Company Name _____
Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature         Date

X _____
Co-Buyer Signature      Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE.**

**Returned Check Charge:** If any check you give to us is dishonored, you will repay us the charge we pay the bank for the return of the dishonored check. At our option, instead of asking you to repay us the charge we pay the bank, we may charge you $30 or such greater amount as the law permits.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ Mos.    Name of Gap Contract _____

I want to buy a gap contract.
Buyer Signs X _____

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before __N/A__, Year _____, SELLER'S INITIALS _____

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements. Any dispute resolution agreement you sign with us or an assignee of this contract will apply to claims related to this contract.

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract and any dispute resolution agreement you signed with this contract. You confirm that before you signed this contract and any dispute resolution agreement, we gave them to you, and you were free to take them and review them. You confirm that you received a completely filled-in copy of these documents when you signed them.

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

Buyer Signs X _____ Date 07/17/14   Co-Buyer Signs X _____ Date 2/18/14

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest given to us in this contract.

Other owner signs here X _____  Address _____
Seller signs J.J.S.ENT. INC. D/B/A/ BUDGET  Date 07/17/14  By X _____  Title _____

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE
J.J.S.ENT. INC. D/B/A/ BUDGET CAR SALES  ☐ Assigned without recourse  ☐ Assigned with limited recourse

Seller _____  By _____  Title _____

LAW FORM NO. 553-AL 6/12

OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment first to the earned and unpaid part of the Finance Charge, and then to the unpaid part of the Amount Financed.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than one and one half times as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when it is due without penalty. You may refinance on terms no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe who is not our salaried employee, and the Amount Financed exceeds $300, you will pay the attorney's reasonable fee and court costs as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe after default.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully, and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Servicing and Collection Contacts.**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **Applicable Law**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-AL 6/12

**dealertrack**

title management system
Capital One Auto Finance

Search   Work Queues   Reports   Utilities   User Setup

Home   Help   Resources   Contact   Log out

Perfected

## Account                                                                    Actions

VIN/HIN: **1N4AL2AP4CN532920**   Status: **Perfected (PT)**   Titling State: **AL**   Year: **2012**   **LOAN**
Account: ▓▓▓▓**4513**   Loan: ▓▓▓   LoanSuffix: ▓▓▓   Branch: **3350**   Make: **NISS ALTI**   Model: **MA**

### Overview

| | |
|---|---|
| Primary customer: **THOMAS, GEORGIA** | Recovery type: |
| Secondary customer: **THOMAS, WILLIE** | Amount Financed: **16486.48** |
| Home phone: **3344509633** | Financed date: **07/28/2014** |
| Address: **411 W PATTON AVE MONTGOMERY, AL 361052529** | Booked date: **07/28/2014** |
| Alert when perfected: ☐ Client ☐ CMS | Expected payoff date: **08/27/2020** |
| Originator: **PLA** | Payoff date: |
| App. ID: ▓▓**8499** | Perfected date: **8/19/2014** |
| User Defined 3: | State: **AL** |
| Lienholder Status Code: | Account subtype: Loan (F) |
| Business Unit: | Expected Contract Type: |
| Dealer ID/Name: **1679 /BUDGET CAR SALES MONTGOMERY A** | |

### Customers

| | Order | Order | Name | Type | Home Phone | Business Phone | Address | |
|---|---|---|---|---|---|---|---|---|
| Edit | 1 | ▼ | THOMAS, GEORGIA | PERSON | 3344509633 | 3343871834 | 411 W PATTON AVE MONTGOMERY, AL, 361052529 | Delete |
| Edit | 2 | ▲ | THOMAS, WILLIE | PERSON | 3344509633 | 3343871834 | | Delete |

### Property

| VIN/HIN | Make | Model | Year | Damaged? | Insurance Total Loss? | Account Collateral Type |
|---|---|---|---|---|---|---|
| 1N4AL2AP4CN532920 | NISS ALTI | MA | 2012 | ☐ | ☐ | VEH |

### Dealer Info

| | |
|---|---|
| ID: **1679** | Type: **DEALER** |
| Name: **BUDGET CAR SALES MONTGOMERY A** | Status: **ACTIVE** |
| Address: **61 MENDEL PKWY MONTGOMERY, AL 36117** | Dealership: |
| Phone: **3342449777** | Contact Name: **RON WINFIELD** |
| Fax: **3342440492** | Contact Phone: **3342449777** |
| EMail: | Note: |

### Lien Filing

### Release

### Duplicate Title

Request Date:         Action Date:
Status:               Last Worked By:

State: Required State Forms:
Reason       Requesting Dept:
Operations Code:       Billable: ☐

**Follow Up**

Client Activities

**Direct Lending Services**

**Additional Documents**

Additional Documents do not exist for this account

**Obsolete Docs**

Title                                                                        Actions

VIN/HIN: **1N4AL2AP4CN532920**   State: **AL**   Title Number:           **Title-Held by CMS**
Year: **2012**   Make/Builder: **NISS**   Model:   Batch Number: 0769   View Image    Perfecting

**Overview**

Owner(s): **THOMAS GEORGIA OR**           Closed Date:
**THOMAS WILLIE**                         Closed Reason:
Lienholder: **CAPITAL ONE AUTO FINANCE**  Document Location:
Match Type: **AUTOMATIC**
Match Date: **8/19/2014**
Issuance Date: **8/12/2014**
Imported Date: **8/19/2014**

**Owners**

**Property**

**Liens**

| Name | Address | Lienholder ID | Lien Date |
|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | |

Add Second Lien

**Title Maint**

Notes (Date/Time stamps in this section reflect Pacific Time)                Add Note

**Notes**

● Show All  ○ Show User Notes Only  ○ Show Activity History Only

| Date | User | Context | Activity | Note |
|---|---|---|---|---|
| 06/24/2016 03:12 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number 432. |
| 05/20/2016 03:34 AM | System | Client Import | Modified Branch | Modified branch value from '800' to '3350' |
| 05/20/2016 03:34 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number 1492. |
| 08/19/2014 02:41 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 08/19/2014 02:41 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 08/19/2014 02:41 AM | System | Scan Import | Create Title | Received and scanned paper document. |
| 08/19/2014 02:41 AM | System | Scan Import | Perfect Account | Account and Document were automatically matched. |
| 07/29/2014 04:55 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**